(99 South. 923)

CABLE-SHELBY-BURTON PIANO CO. v. Mrs. E. R. CALHOUN. (6 Div. 964.) (Supreme Court of Alabama. April 10, 1924.) Appeal from Circuit Court, Jefferson County;

Roger Snyder, Judge. T. A. Saulsbury, of Birmingham, for appellant. B. F. Smith, of Birmingham, and Huey & Welch, of Bessemer, for appellee.

BOULDIN, J. Appeal dismissed.